UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY WILLIAM NEAL,

      Plaintiff,                                    Case No. 1:10-CV-1075

v.                                              HON. GORDON J. QUIST

UNKNOWN ELLIS, et al.,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 22, 2106.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Thus, the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 22, 2016 (ECF No. 103), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 96) is **DENIED**.

Dated: August 11, 2016                                          /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE